**Order filed October 5, 2021.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-21-00503-CV**

**IN RE KURARAY AMERICA, INC., Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-62973**

## ORDER

On September 7, 2021, relator Kuraray America, Inc. filed a petition for writ of mandamus and an unopposed motion for leave to file under seal certain portions of sworn record for petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Lauren Reeder, presiding judge of the 234th District Court of Harris County, to "vacate its June 25 and August 19, 2021 order, deny Plaintiffs' and Providers' Motions to Quash Production, and grant Kuraray America's Motion to Reconsider Production of Medical Reimbursement Discovery and to Compel."

In its unopposed motion to seal, relator states that documents relevant to the discovery orders at issue were presented to the trial court *in camera* to maintain confidentiality.  Relator asserts that the same documents should remain *in camera* in this court while the court deliberates the merit of relator's petition.  Relator asserts it has provided copies of the documents to this court and all relevant parties via flash drive.

Relator's motion to seal is **GRANTED IN PART** and **DENIED IN PART**. To the extent relator's motion requests that we maintain the documents *in camera*, the motion is granted.  The motion, however, is denied to the extent relator requests we seal the documents.


PER CURIAM


Panel consists of Justices Jewell, Bourliot, and Zimmerer.